UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Timothy Barkovic,

                Plaintiff(s),

v.                                      Case No. 2:17–cv–12845–AC–DRG
                                      Hon. Avern Cohn

Michigan, State of, et al.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Motion to Dismiss – #9
        Motion to Dismiss – #12
        Motion to Dismiss – #22
        Motion to Dismiss – #24
        Motion to Dismiss – #25

IT IS HEREBY ORDERED that Timothy Barkovic shall file a response to the above document on or before January 26, 2018. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                                s/Avern Cohn
                                                Avern Cohn
                                                U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/M. Verlinde
                                                     Case Manager

Dated:   January 16, 2018