# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

TIMOTHY BARKOVIC

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

Case No.: 2:17-cv-12845
Hon. Avern Cohen
Magistrate Judge David R. Grand

---

| | |
|---|---|
| TIMOTHY BARKOVIC<br>*In Pro Per*<br>25805 Harper Ave.<br>St. Clair Shores, MI 48081<br><br>LAW OFFICES OF CATHERINE GOFRANK<br>John A. Mullett (P49880)<br>David A. Brauer (P45220)<br>Attorney for Defendants 41-B Judicial Court, Judge Linda Davis, and Court ADA Coordinator<br>625 Kenmoor Ave., S.E., Suite 212<br>Grand Rapids, MI 49546<br>(616) 942-4227<br>jmullett@travelers.com<br><br>MICHIGAN DEPT. OF ATTORNEY GENERAL<br>Elizabeth R. Husa Briggs (P73907)<br>Attorney for Defendant State of Michigan<br>525 W. Ottawa St.<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434<br>briggse1@michigan.gov | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M (P37603)<br>Carly Van Thomme (P59706)<br>Kevin A. McQuillan (P79083)<br>Attorneys for Defendant Correct Care Solutions<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>cvanthomme@chapmanlawgroup.com<br>kmcquillan@chapmanlawgroup.com<br><br>MACOMB COUNTY CORPORATION COUNSEL<br>John A. Schapka (P36731)<br>Attorney for Defendants County Macomb and Macomb County Sheriff Anthony Wickersham<br>1 South Main Street, Floor 8<br>Mount Clemens, MI 48043<br>(586) 469-6346<br>john.schapka@macombgov.org |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court held in
the City of Detroit, State of Michigan,
on February 15, 2018.

PRESENT: Hon. Avern Cohn
United States District Court Judge

This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE**:

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, with each party bearing its own attorney fees and costs. This dismissal order disposes of all claims and closes the case.

s/Avern Cohn
U.S. DISTRICT COURT JUDGE

Date: February 15, 2018

Approved as to form and substance by:

/s/ Kevin A. McQuillan
Kevin A. McQuillan (P79083)
Attorney for Defendant Correct Care Solutions
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
kmcquillan@chapmanlawgroup.com

[Additional signatures on following page.]

2

/s/ John A. Schapka
John A. Schapka (P36731)
Attorney for Defendants County Macomb and Macomb County Sheriff Anthony Wickersham
1 South Main Street, Floor 8
Mount Clemens, MI 48043
(586) 469-6346
john.schapka@macombgov.org

/s/ John A. Mullett
John A. Mullett (P49880)
Attorney for Defendants 41-B Judicial Court, Judge Linda Davis, and Court ADA Coordinator
625 Kenmoor Ave., S.E., Suite 212
Grand Rapids, MI 49546
(616) 942-4227
jmullett@travelers.com

/s/ Elizabeth R. Husa Briggs
Elizabeth R. Husa Briggs (P73907)
Attorney for Defendant State of Michigan
525 W. Ottawa St.
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
briggse1@michigan.gov

**/s/** Timothy Barkovic
Timothy Barkovic
Plaintiff